UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

**BARBARA C. KASPER**,                          Civil Case No. 1:11-3118-KI

        Plaintiff,                                 JUDGMENT

   v.

**MICHAEL J. ASTRUE, Commissioner**
**Social Security Administration**,

        Defendant.

   Arthur W. Stevens III
   Black, Chapman, Webber & Stevens
   221 Stewart Ave., Ste. 209
   Medford, OR 97501

        Attorney for Plaintiff

   S. Amanda Marshall
   United States Attorney
   District of Oregon
   Adrian L. Brown
   Assistant United States Attorney

Page 1 - JUDGMENT

1000 SW Third Ave., Ste 600
Portland, OR 97204-2902

David Morado
Regional Chief Counsel, Region X, Seattle
Scott T. Morris
Special Assistant United States Attorney
Social Security Administration
Office of the General Counsel
1301 Young Street, Ste A-702
Dallas, TX 75202

       Attorneys for Defendant

KING, Judge:

       Based on the record, IT IS ORDERED AND ADJUDGED that the decision of the Commissioner is affirmed and this case is dismissed.

       IT IS SO ORDERED.

       DATED this   6th   day of September, 2012.


                                       /s/ Garr M. King
                                       Garr M. King
                                         United States District Judge