UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

**BARBARA C. KASPER**,                         Civil Case No. 1:11-3118-KI

       Plaintiff,                         JUDGMENT

  v.

**MICHAEL J. ASTRUE, Commissioner**
**Social Security Administration**,

       Defendant.

    Arthur W. Stevens III
    Black, Chapman, Webber & Stevens
    221 Stewart Ave., Ste. 209
    Medford, OR 97501

       Attorney for Plaintiff

    S. Amanda Marshall
    United States Attorney
    District of Oregon
    Adrian L. Brown
    Assistant United States Attorney

Page 1 - JUDGMENT

1000 SW Third Ave., Ste 600
Portland, OR 97204-2902

David Morado
Regional Chief Counsel, Region X, Seattle
Scott T. Morris
Special Assistant United States Attorney
Social Security Administration
Office of the General Counsel
1301 Young Street, Ste A-702
Dallas, TX 75202

       Attorneys for Defendant

KING, Judge:

Based on the record, IT IS ORDERED AND ADJUDGED that the decision of the Commissioner is affirmed and this case is dismissed.

IT IS SO ORDERED.

DATED this __6th__ day of September, 2012.

       /s/ Garr M. King
       Garr M. King
       United States District Judge

Page 2 - JUDGMENT